# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EC11 | E 1697133 | Bateman | B1953 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/17/2022
Offense Charged: ☐ CFR ☐ USC ☒ State Code: NCGS 20-138.1

Place of Offense: ACP 4 Yadkin gate, Yadkin Rd.

Offense Description: Factual Basis for Charge — HAZMAT ☐
Impaired Driving
B co/373 Cav UIC: WH23B0

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Ryan | Christopher | Jordan |

| City | State | Zip Code |
|---|---|---|
| Kingwood | TX | 77345 |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

— MC —
PAY THIS AMOUNT AT www.cvb.uscourts.gov

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ~~Forfeiture Amount~~
~~$30 Processing Fee~~
$ ~~Total Collateral Due~~

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 301 Green St. Fayetteville, NC
Date: 06/29/2022
Time: 8:00 am

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1697133*

Case 5:22-mj-01592-RN   Document 1   Filed 06/24/22   Page 1 of 2

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 17th, 2022 while exercising my duties as a law enforcement officer in the Eastern District of North Carolina, I PFC Bateman was dispatched to 64 Yadkin gate on Yadkin road in reference to a possible DWI. Upon arrival I met with Ryan, the driver of the white in color Challenger. During my interaction with Ryan I noticed he had bloodshot and watery eyes as well as the odor of metabolizing alcohol on his breath. I determined further investigation for DWI was necessary so I conducted SFST's and the results provided me reason to continue the investigation. Ryan agreed to a PBT on scene in which he blew .18 BAC. Ryan was detained and taken to the Fort Bragg PMO for an Intox screening which he was considered a refusal to blow because of his inability to cooperate. Subject, Ryan, was released to his unit.

The foregoing statement is based upon:
- [ ] my personal observation
- [X] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/18/2022  [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident